1 GEORGE M. BORKOWSKI (133416)
2 gmborkowski@venable.com
VENABLE LLP
3 2049 Century Park East, Suite 2100
4 Los Angeles, California 90067
Telephone: (310) 229-9900
5 Facsimile: (310) 229-9901

6 *Attorneys for Plaintiff*
7 *Euro-Pro Operating LLC*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURO-PRO OPERATING LLC, a Delaware limited liability corporation,<br><br>                  Plaintiff,<br><br>        v.<br><br><br>PROSOURCE DISCOUNTS; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No. CV-10-5569 AHM (PJWx)<br><br>Hon. A. Howard Matz<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**Venable LLP**
2049 Century Park East, Suite 2100
Los Angeles, California 90067

LA1DOCS1#286316

1  The Court, having considered the Stipulation of plaintiff Euro-Pro Operating
2  LLC, and defendant ProSource Discounts, to dismiss the action with prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing,
4  orders as follows:

5  The above-referenced action hereby is dismissed in its entirety, with
6  prejudice; and

7  Each party is to bear its own attorneys' fees and costs incurred in the action.

Dated: November 08, 2010  
**JS-6**

_____
Hon. A. Howard Matz  
United States District Judge

1